Eliot M. Harris, OSB #116968
WILLIAMS, KASTNER & GIBBS PLLC
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Phone: (503) 228-7967
Fax: (503) 222-7261
eharris@williamskastner.com
*Attorneys for Plaintiff Century Surety Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation; <br><br> Plaintiff, <br><br> v. <br><br> R. KLINDTWORTH ROOFING, INC., an Oregon corporation; KEYWAY CORP., an Oregon corporation; and COMMONS AT CEDAR MILL, LLC, an Oregon limited liability company, <br><br> Defendants. | Case No. 3:17-cv-00205-AA <br><br> ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, based on the stipulation of the parties, this action is hereby dismissed with prejudice and without costs as to any party.

Page 1 -  ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED this 2 day of August, 2017.

                         _____
                         Honorable District Judge Ann Aiken

Page 2 -   ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITH PREJUDICE

Williams, Kastner & Gibbs PLLC
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Phone: (503) 228-7967

6157108.1